453 A.2d 335

**COMMONWEALTH of Pennsylvania**

v.

**David A. REITHMAYER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

James P. Fox, Norristown, for appellant.

Ronald T. Williamson, Chief, Appeals Div., Robert A. Selig, Asst. Dist. Attys., J. William Ditter, III, Norristown, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.